[Nos. 37304-8-I; 37305-6-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. KIMBERLY
L. ASHE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-1-00182-2, George E. McIntosh, J., entered September 15, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37494-0-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM
LIEURANCE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03594-5, Patricia H. Aitken, J., entered October 16, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37675-6-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HYUN
KIM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-05029-3, Marsha J. Pechman, J., entered August 8, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37797-3-I.   Division One.   March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
P. WIETING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04952-1, Richard A. Jones, J., entered November 20, 1995. *Affirmed* by unpublished per curiam opinion.